No. 01–1798. BLOUGH v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 01–10068. FOWLKES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Motion of Innocence Project of the National Capital Region et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 02–19. SCHOMIG, WARDEN, ET AL. v. BRACY ET AL. C. A. 7th Cir. Motion of respondent William Bracy for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–27. ALLINA HEALTH SYSTEM CORP. ET AL. v. UNITED STATES EX REL. MINNESOTA ASSOCIATION OF NURSE ANESTHETISTS. C. A. 8th Cir. Motion of American Hospital Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 02–58. EASTERN PILOTS MERGER COMMITTEE v. CONTINENTAL AIRLINES, INC. C. A. 3d Cir. Motion of Allied Pilots Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–111. UNIDENTIFIED PRIVATE CITIZEN v. MCCLATCHY NEWSPAPERS, INC., DBA THE SACRAMENTO BEE, ET AL. C. A. 9th Cir. Motion of petitioner to appear as "Unidentified Private Citizen" and for counsel to appear as "Attorney Doe" granted. Certiorari denied.

No. 02–132. MOBIL CORP. ET AL. v. ADKINS ET AL. Sup. Ct. App. W. Va. Motions of Chamber of Commerce of the United States et al., Coalition for Asbestos Justice, Inc., Association of American Railroads, 3M Co., and Unofficial Committee of Select Asbestos Claimants for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 02–179. MICHALS v. BAXTER HEALTHCARE CORP. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.